## JOHN CHIP et al. VS. JOHN ADAMS, 1727

The Comp$^t$ being read and allowed, Cap$^t$ Bull opened case and the Comp$^{ts}$ were examined. They s$^d$ they were content w$^{th}$ w$^t$ allowance Cap$^t$ Adams gave on acc$^t$ of under his hand but say that their allowance is short 3$\frac{1}{2}$° of Meat 2 Days

the Respd$^t$ desired longer Time, upon w$^{ch}$ the court adjourned to Thursday next at 10 C A. M.

The Court being met according to adjournm$^t$ Cap$^t$ Bull Att$^r$ pro the App$^{lts}$ set forth the court that since the Court sat last they the App$^{ts}$ have

Sufficient Provision but prays that Cap^t Adams may be laid under obligation to continue the same w^ch was not granted but Cap^t Adams Signifying in Court that he would carry it to them as becomes a Master to his Men and not take any advantage of them concerning this Complaint the Judge was then Pleased to pass the following Decree

Having heard and Considered the Complaints and the Pleas and Allegations on both Sides, and the Appl^ts being willing to go to their Duty again and Cap^t Jn^o Adams the Respd^t Signifying in Court that he would carry it to them as becomes a Master to his Men and not take any advantage of them concerning these Complaints Therefore I dismiss the Complaints and Order adjudge and Decree the Appl^ts John Chip W^m Meadow — John Brook Tho: Rendy Henry Grey John White and John Brenton to pay the Costs of this Court amounting to £4, 16, 8 But order the Respd^t Cap^t John Adams to pay the s^d Costs Down and Deduct the Same out of the s^d Appl^ts Wages each paying their proportionable part

Per Will. Whiting D. J. A^my